UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EON-NET, L.P.,

          Plaintiff,

v.

SAWHORSE ENTERPRISES, INC. d/b/a
MYPLEASURE.COM,

          Defendant.

Case No. 06-CV-00776 EMC

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eon-Net, L.P. hereby dismisses without prejudice this action and all claims therein.

By: _/s/ Jean-Marc Zimmerman_
Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Todd A. Noah
Dergosits & Noah LLP
Four Embarcadero Center #1450
San Francisco, CA 94111
Tel: (415) 705-6377
Fax: (415) 705 6383

Attorneys for Plaintiff Eon-Net, L.P.

Dated: August 16, 2006
       Westfield, NJ 07090

SO ORDERED:

Dated: August __21__, 2006

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

EON-NET V. MYPLEASURE