1  PAUL J. ANDRE, Bar No.196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  SHREYA RAMCHANDANI, Bar. No. 232041
   (sramchandani@perkinscoie.com)
4  SEAN BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  **PERKINS COIE LLP**
6  101 Jefferson Drive
   Menlo Park, CA  94025-1114
7  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
8

9  Attorneys for Defendant and Counterclaimant
   Sawhorse Enterprises, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EON-NET, LP,<br>        Plaintiff,<br><br>    v.<br><br>SAWHORSE ENTERPRISES, INC.,<br>        Defendant. | **CASE NO. 06-CV-00776 CRB**<br>(transferred from the Southern District of New York, Case No. 05cv8340 JGK)<br><br>~~[PROPOSED]~~<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |
| SAWHORSE ENTERPRISES, INC.,<br>        Counterclaimant,<br>    v.<br>EON-NET, LP<br>        Counterdefendant. | |

The case set forth above, having been noticed for dismissal by stipulation of both parties, is hereby dismissed with prejudice.

DATED:   February 26, 2007

_____
Honorable CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE             CASE NO. 06-CV-00776 CRB